# RONALD F. EDERER
### Attorney at Law
1020 N.E. Loop 410, Suite 270
San Antonio, Texas 78209

(210) 822-6775 Telephone
(210) 822-4775 Facsimile

E-Mail:
rone@edererlawoffice.com

*RECEIVED AUG 28 2006 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK*

August 25, 2006

**Via Federal Express**
United States District Clerk
United States Courthouse
511 E. San Antonio Avenue, Room 219
El Paso, Texas 79901

Re: *United States of America v. Omni Consortium, Inc., et al.;* Criminal No. EP-04-CR-2091KC

Dear Sir or Madame:

Please find enclosed for filing an original and one (1) copy of Defendant, Noel Toelentino's Response to Show Cause Order.

Thank you for your assistance. If you have any questions, please contact me.

Sincerely,

Tammy Anderson
Paralegal to Ronald F. Ederer