**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | Crim. No. EP-04-CR-2091KC |
| | § | EP-04-CR-2092KC |
| **FLORITA CEDRO TOLENTINO,** | § | EP-04-CR-2093KC |
| **NOEL CEDRO TOLENTINO,** | § | |
| **ANGELICA TOLENTINO, OMNI** | § | |
| **CONSORTIUM, INC., IRENE** | § | |
| **RAYE LOKEY, MARIO AGUILAR,** | § | |
| **MAGDALENA AGUILAR,** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly:

My new address is as follows:

> 411 Heimer Road
> San Antonio, Texas 78232
> 210/496-4266
> 210/377-1075 – Facsimile

This notice is effective October 1, 2007.

Respectfully submitted,

/s/ Ronald F. Ederer
State Bar No.: 06418000
411 Heimer Road
San Antonio, Texas 78232
Telephone: 210/496-4266
Facsimile: 210/377-1075

## **CERTIFICATE OF SERVICE**

I certify that on this 5th day of October, 2007 a copy of the foregoing Notice of Change of Address was served upon all counsel of record via the Court's CM/ECF system.

/s/ Ronald F. Ederer
_____
RONALD F. EDERER