UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL NO: |
| vs. | § EP:04-CR-02091(4,5)-KC |
| | § |
| (4) Florita Cedro Tolentino | § |
| (5) Noel Cedro Tolentino | § |

## ORDER SETTING SENTENCING

     IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 3, on the 1st Floor of the United States Courthouse, 511 E. San Antonio, El Paso, TX, on **Wednesday, March 19, 2008 at 09:00 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 3rd day of January, 2008.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE