_mg 7/29/13_

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

**DUE DATE:**

_Please Read Instructions:_

| 1. NAME Steven J. Malm, Esq. | 2. PHONE NUMBER (415) 568-3777 | 3. DATE 7/25/2013 |
|---|---|---|

| 4. MAILING ADDRESS 388 Market Street, Suite 1080 | 5. CITY San Francisco | 6. STATE CA | 7. ZIP CODE 94111 |
|---|---|---|---|

| 8. CASE NUMBER 04-cr-02091 | 9. JUDGE Cardone | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 9/30/2004 | 11. TO 9/8/2008 |

| 12. CASE NAME USA v. Omni Consortium, Inc et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY El Paso | 14. STATE TX |

**15. ORDER FOR**

[ ] APPEAL  [X] CRIMINAL  [ ] CRIMINAL JUSTICE ACT  [ ] BANKRUPTCY

[ ] NON-APPEAL  [ ] CIVIL  [ ] IN FORMA PAUPERIS  [ ] OTHER

2013 JUL 29 PM 2:19

FILED

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Francia Buenbrazo | 1/25/2007 |
| [ ] OPENING STATEMENT (Defendant) | | D. Pery | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional)

**ESTIMATE TOTAL**

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| 19. DATE 7/25/2013 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY